# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 26, 2024

| | |
|---|---|
| No. 24-2086 | PATRICK KURKOWSKI, et al., <br> Plaintiffs – Appellants <br><br> v. <br><br> WISCONSIN DEPARTMENT OF CORRECTIONS, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-01430-WED <br> Eastern District of Wisconsin <br> Magistrate Judge William E. Duffin | |

Appellants' notice of appeal and Circuit Rule 3(c) docketing statement state that they seek to appeal the district court's May 23, 2024, order granting defendant's motion for partial summary judgment. But a preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Rule 58 of the Federal Rules of Civil Procedure. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266, 267 (7th Cir. 1988). In this case, the district court has not entered a final judgment under Rule 58, and for good reason. In its May 23, 2024, order, the district court granted defendants' motion for summary judgment with respect to plaintiffs Patrick Korkowski, Kenneth Dalberg, Edgar Salinas-Leal, Brad Schmitt, Justin Welch, Ashton Dreiling, John Mann Anderson, and Jayvon R. Flemming, and on all claims regarding mental health and isolation, but the case appears to continue with respect to some medical and dental care claims brought by Jason Natcone and Kevin Burkes.

The notice of appeal appears timely with respect to the district court's June 4, 2024, order denying a preliminary injunction, which may be appealable under 28 U.S.C. § 1292(a)(1), but neither the notice of appeal nor docketing statement addresses this possibility. *See* Fed. R. App. P. 3(c)(1)(B); Cir. R. 3(c)(1), 28(a)(2)–(3). Accordingly,

**IT IS ORDERED** that appellants shall file, on or before July 10, 2024, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.

form name: **c7_Order_BTC**　　(form ID: **178**)