UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
and on behalf of others similarly situated,,

      Appellants,

v.                           Case No. 24-2086

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

      Appellees.

### RESPONSE TO MOTION TO SHOW CAUSE

On. June 26, 2024, the Court ordered appellants to file, on or before July 10, 2024, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. The Court further advised that a motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) would satisfy this requirement.

Because of an administrative error, the Court's July 10, 2024, deadline was not properly calendared on appellant counsels' calendar. Appellants' counsel apologizes to the

Court, opposing counsel, and to defendants in this matter, and states that a Stipulation of Voluntary Dismissal has been filed contemporaneously with this response.

Electronically signed by:

*Lonnie D. Story*
Lonnie D. Story, Esquire
Attorney for Plaintiffs
STORY LAW FIRM, LLC
Wis. Bar #1121459
739 N. Halifax Avenue, #301
Daytona Beach, Florida 32118
(386) 492-5540
lstorylaw@gmail.com

*/s/ Stephen P. New*
Stephen P. New (WVSB No. 7756)
Stephen New & Associates
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newlawoffice.com

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
 and on behalf of others similarly situated,,

        Appellants,

v.                        Case No. 24-2086

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

        Appellees.

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        Electronically signed by:

        */s/ Stephen P. New*
        Stephen P. New (WVSB No. 7756)