# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
and on behalf of others similarly situated,,

      Appellants,

v.                                                                                          Case No. 24-2086

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

      Appellees.

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellants move and stipulate that this appeal should be dismissed. The dismissal of this appeal from the denial of a preliminary injunction does not affect either party's right to appeal any final judgment entered by the district court.

Each party shall bear its own costs.

RESPECTFULLY SUBMITTED,

Dated July 19, 2024,                    Electronically signed by:

                                          *Lonnie D. Story*
                                          Lonnie D. Story, Esquire
                                          Attorney for Plaintiffs
                                          STORY LAW FIRM, LLC
                                          Wis. Bar #1121459
                                          739 N. Halifax Avenue, #301
                                          Daytona Beach, Florida 32118
                                          (386) 492-5540
                                          lstorylaw@gmail.com

                                          */s/ Stephen P. New*
                                          Stephen P. New (WVSB No. 7756)
                                          Stephen New & Associates
                                          430 Harper Park Drive
                                          Beckley, West Virginia 25801
                                          Ph: (304) 250-6017
                                          Fax: (304) 250-6012
                                          steve@newlawoffice.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

JOHN MANN ANDERSON,
PATRICK KORKOWSKI,
KENNETH DALBERG,
EDGAR SALINAS-LEAL,
BRAD SCHMITT,
JAYVON R FLEMMING,
JASON NATCONE,
JUSTIN WELCH,
ASHTON DREILING, and
KEVIN L BURKES, On their own behalf
and on behalf of others similarly situated,,

        Appellants,

v.                                  Case No. 24-2086

WISCONSIN DEPARTMENT OF CORRECTIONS,
KEVIN A CARR,
JARED HOY,
MELISSA ROBERTS,
RANDALL HEPP, and
YANA PUSHICH,

        Appellees.

### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        Electronically signed by:

        */s/ Stephen P. New*
        Stephen P. New (WVSB No. 7756)